IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Smith, Tammy

Printed: 5/20/08

Case Number: 05 B 34504
Judge: Goldgar, A. Benjamin
Filed: 8/30/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 8, 2008
Confirmed: October 11, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 10,200.00 |  |
| Secured: |  | 7,772.20 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,894.00 |
| Trustee Fee: |  | 533.80 |
| Other Funds: |  | 0.00 |
| Totals: | 10,200.00 | 10,200.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 1,894.00 | 1,894.00 |
| 2. | General Motors Acceptance Corp | Secured | 19,218.14 | 7,772.20 |
| 3. | Hammond Radiologist | Unsecured | 9.57 | 0.00 |
| 4. | AT&T Wireless | Unsecured | 101.39 | 0.00 |
| 5. | Community Hospital | Unsecured | 99.23 | 0.00 |
| 6. | General Motors Acceptance Corp | Unsecured | 677.30 | 0.00 |
| 7. | AT&T Wireless | Unsecured | 77.48 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 40.48 | 0.00 |
| 9. | St Margaret Mercy Hospital | Unsecured | 118.20 | 0.00 |
| 10. | Richard P Komyatte & Assoc | Unsecured | 33.20 | 0.00 |
| 11. | Comcast | Unsecured |  | No Claim Filed |
| 12. | Great American Finance Company | Unsecured |  | No Claim Filed |
| 13. | Time Warner Cable | Unsecured |  | No Claim Filed |
| 14. | Sprint PCS | Unsecured |  | No Claim Filed |
| 15. | Nicor Gas | Unsecured |  | No Claim Filed |
| 16. | MCI | Unsecured |  | No Claim Filed |
| 17. | Talk America | Unsecured |  | No Claim Filed |
| 18. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 19. | US Cellular | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 22,268.99 | $ 9,666.20 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 187.00 |
| 5% | 63.75 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Smith, Tammy

Printed: 5/20/08

Case Number: 05 B 34504
Judge: Goldgar, A. Benjamin
Filed: 8/30/05

|      |        |
|------|--------|
| 4.8% | 122.40 |
| 5.4% | 160.65 |
|      | _____ |
|      | $ 533.80 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mack_____